

(2) All parties shall bear their own costs.

UNITED STATES, Plaintiff–Appellee,

v.

**GOLDEN GATE PETROLEUM, CO., Defendant–Appellant.**

No. 2007–1355.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2007.

ON MOTION

*ORDER*

Upon consideration of Golden Gate Petroleum, Co.'s unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Elwin GOVAN, Claimant–Appellant,

v.

**Gordon H. MANSFIELD, Acting Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7232.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2007.

Elwin Govan, pro se.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Thomas L. SHIPE, Claimant–Appellant,

v.

**Gordon H. MANSFIELD, Acting Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7244.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2007.

Thomas L. Shipe, pro se.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Jeff H. MOSER, Petitioner,**

v.

**DEPARTMENT OF the TREASURY, Respondent.**

No. 2007–3256.

United States Court of Appeals, Federal Circuit.

Oct. 17, 2007.

Jeffrey H. Moser, pro se.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Barbara A. LENSING, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2007–3267.

United States Court of Appeals, Federal Circuit.

Oct. 17, 2007.

**ORDER**

Order Vacated, See 2008 WL 275861.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.